UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:07CR00768SNL (AGF) |
| MAKSIM KOROLJOV, and ALEJANDRO YOUNG, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter is before the Court on Defendant Alejandro Young's Motion for Extension of Time to File Pretrial Motions. The Motion is hereby granted.

Defendant Young shall have up to and including January 18, 2008 to file motions or a waiver. The government shall have up to and including January 25, 2008 to respond. The evidentiary hearing with respect to both Defendants Koroljov and Young is hereby rescheduled for January 28, 2008 at 9:00 a.m.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of January, 2008.